IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE: **Kevin Wheeler**         *         Case No. 14-15954
       **Lisa Wheeler**          *         (Chapter 13)
       Debtors.          *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DISMISS CASE AS TO LISA WHEELER ONLY

Debtors, by counsel, states:

1. Debtors commenced this proceeding by filing a voluntary Chapter 13 petition on April 15, 2014.

2. Joint Debtor Lisa Wheeler no longer desires to proceed with this case..

WHEREFORE, the Debtor respectfully requests that this Court dismiss case as to Lisa Wheeler (Only) bankruptcy case.

                Respectfully submitted,

Date: April 23, 2014

                /s/
                Ronald A. Wray, Esq.
                129 Willowdale Drive
                #41
                Frederick, MD 21702

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2014 a copy of the foregoing *Motion To Dismiss Case* as to Joint Debtor Lisa Wheeler (ONLY) was delivered by first class mail postage prepaid to:

All creditors on the mailing matrix

and electronically sent to:

US Trustee and Case Trustee

                /s/
                Ronald A. Wray Esquire