IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: **Kevin Wheeler** | * | Case No. 14-15954 |
| **Lisa Wheeler** | * | (Chapter 13) |
| Debtors. | * | |

* * * * * * * * * * * * *

## AMENDED MOTION TO DISMISS CASE

Debtors, by counsel, states:

1. Debtors commenced this proceeding by filing a voluntary Chapter 13 petition on April 15, 2014.

2. Debtors no longer desires to proceed with this case..

WHEREFORE, the Debtors respectfully requests that this Court dismiss case.

Respectfully submitted,

Date: April 29, 2014

/s/
Ronald A. Wray, Esq.
129 Willowdale Drive
#41
Frederick, MD 21702


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2014 a copy of the foregoing *Amended Motion To Dismiss Case* was delivered by first class mail postage prepaid to:

All creditors on the mailing matrix

and electronically sent to:

US Trustee and Case Trustee

/s/
Ronald A. Wray Esquire